1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILMA FOSTER,

               Plaintiff,

      v.

SCENTAIR TECHNOLOGIES, INC., et al.,

               Defendants.

Case No.  13-cv-05772-TEH   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 41

On September 9, 2014, Plaintiff Wilma Foster filed a discovery dispute letter regarding the language to include in the letter to potential witnesses regarding their choice to disclose their contact information.  Dkt. No. 41.  As the letter is not in compliance with the undersigned's Discovery Standing Order, it is DENIED WITHOUT PREJUDICE.  Pursuant to paragraph 2, the parties must meet and confer in person for the purpose of resolving all disputes.  If unable to resolve their dispute, the parties shall draft and file a jointly-signed letter.  If Plaintiff is unable to obtain Defendants' cooperation with this procedure, she must comply with paragraph 3 of the Standing Order.

     **IT IS SO ORDERED.**

Dated: September 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge