UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA FOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>SCENTAIR TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-05772-TEH   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 46, 47 |

On September 18, 2014, the parties filed two discovery letters. In the first, the parties seek resolution of a dispute as to the language to include in the letter to the potential witnesses regarding their choice to disclose their contact information. Dkt. No. 46. In the second, the parties dispute the scope of Defendant Tim Micklos' subpoena to Plaintiff Wilma Foster's former employer, Nestle Waters North America, Inc. Dkt. No. 47. Upon review of the parties' positions, the Court ORDERS as follows:

    1)    ScentAir shall send the attached letter to the potential witnesses by October 13, 2014; and

    2)    Nestle shall respond to the narrowed subpoena request as stated in the joint letter (Dkt. No. 1 at 1).

**IT IS SO ORDERED.**

Dated: October 2, 2014

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge