Christopher R. LeClerc, Esq. (SB# 233479)
**LE CLERC & LE CLERC, LLP**
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: chris@leclerclaw.com

Attorneys for Plaintiff
WILMA FOSTER

CLARICE C. LIU, (SB# 160555)
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
Tel: (415) 273-6500
Fax: (415) 273-6535
ccliu@braggkuluva.com

Attorneys for Defendant,
 ScentAir Technologies, Inc.

Michael Bruno (SB# 166805)
Rachel Moroski (SB# 286805)
**GORDON & REES LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900
mbruno@gordonrees.com
rmoroski@gordonrees.com

Attorneys for Defendant Tim Micklos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA FOSTER, an individual, | Case No. CV 13-05772-TEH |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| SCENTAIR TECHNOLOGIES, INC., a Delaware Corporation; TIM MICKLOS, an individual, and DOES 1–50, inclusive, | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN TO THE COURT THAT THIS MATTER HAS RESOLVED. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Wilma Foster and Defendants ScentAir Technologies, Inc. and Tim Micklos by and through their duly authorized counsel of record, that the above-captioned matter (Plaintiff's entire Complaint and all causes of action contained therein) shall be dismissed, WITH PREJUDICE, as to Defendants ScentAir Technologies, Inc. and Tim Micklos pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her, his, or its own attorney's fees and costs of suit in connection with this action.

DATED: November 4, 2014        LE CLERC & LE CLERC LLP

By: _____
CHRISTOPHER R. LECLERC
Attorneys for Plaintiff
Wilma Foster

DATED: November 4, 2014        BRAGG & KULUVA

By: _____
CLARICE C. LIU
Attorneys for Defendant
ScentAir Technologies, Inc.

DATED: November 5, 2014        GORDON & REES LLP

By: _____
Rachel Moroski
Attorneys for Defendant
Tim Micklos

## ORDER

It is hereby **ORDERED** that the above-captioned matter be, and hereby is, DISMISSED IN ITS ENTIRETY, WITH PREJUDICE, each party to bear her, his or its costs in connection with this action.

IT IS SO ORDERED.

Dated: 11/12/2014

_____
Judge Thelton E. Henderson